**Paula HANSON–HODGE,
Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 02–1952.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Paula Hanson–Hodge, Appellant Pro Se. Thomas Frank Corcoran, Assistant United States Attorney, Twana E. Davis, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Paula Hanson–Hodge appeals the district court's order denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hanson–Hodge v. Massanari,* No. CA–01–1772–L (D.Md. July 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*